KAMER ZUCKER ABBOTT
R. Todd Creer #10016
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com

Attorney for Defendant Goodwill of Southern Nevada

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA BERNSTEIN, | Case No. 2:26-cv-01511-CDS-EJY |
| Plaintiff, | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| GOODWILL OF SOUTHERN NEVADA, | **SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |
| Defendant. | |

Plaintiff Linda Bernstein, appearing *pro se*, and Defendant Goodwill of Southern Nevada, by and through its counsel of record, participated in the meeting required under Fed. R. Civ. P. 26(f), held on June 24, 2026. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(b), the parties stipulate to the following discovery plan and scheduling order:

1.    The initial disclosures to be made pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by **July 8, 2026**, two weeks after the date that the parties held their initial meeting pursuant to Fed. R. Civ. P. 26(f).

2.    Unless otherwise limited by subsequent stipulations, the parties shall be allowed to conduct discovery to the full extent permitted under the Federal Rules of Civil Procedure.

3.    Plaintiff and Defendant's counsel of record in this matter are registered for electronic filing with this Court. Any documents electronically filed with this Court are deemed to be sufficiently served on the other party as of the date the document is electronically filed with this Court.

Pursuant to LR 26-1(b), the parties do hereby additionally stipulate to the following discovery plan and scheduling order:

1.    **Discovery Cut-Off Date**: **November 16, 2026**, which is 182 days (the 180th day falling on a Saturday) from May 18, 2026, the date Defendant Goodwill of Southern Nevada first appeared (See Petition for Removal, ECF No. 1). Any stipulations or motions to extend the discovery period shall be filed no later than **October 26, 2026**, 21 days prior to the scheduled discovery cut-off, as required by LR 26-4. Any stipulations or motions to extend any other deadlines set forth below shall be filed no later than 21 days prior to the applicable deadline set forth below.

2.    **Amending the Pleadings and Adding Parties**: All motions to amend the pleadings or to add parties shall be filed not later than **August 18, 2026**, 90 days prior to the scheduled close of discovery.

3.    **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)**: Disclosures concerning experts shall be made by **September 17, 2026**, 60 days before the close of discovery. Disclosures respecting rebuttal experts shall be made by **October 19, 2026**, 32 days (the 30th day falling on a Saturday) after the initial disclosure of experts.

4.    **Dispositive Motions**: The date for filing dispositive motions shall be not later than **December 16, 2026**, 30 days after the discovery cut-off date. In the event the discovery period is extended from the discovery cut-off date set forth in this Stipulated Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be not later than 30 days from the subsequent discovery cut-off date.

5.    **Pretrial Order**: The date for filing the joint pretrial order shall be no later than **January 15, 2027**, 30 days after the date set for filing dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

6.      **Fed. R. Civ. P. 26(a)(3) Disclosures**: The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

7.      **Alternative Dispute Resolution**: The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and early neutral evaluation. The parties agree that this matter is appropriate for an early neutral evaluation conference, which has not yet been scheduled by the Court. The parties respectfully request that the Court schedule the early neutral evaluation conference at its earliest convenience.

8.      **Alternative Form of Case Disposition**: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and to the use of the Short Trial Program (General Order 2013-01). The parties did not agree to consent to trial by magistrate judge or to the use of the Short Trial Program.

9.      **Electronic Evidence**: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have agreed to produce electronically stored evidence in either paper or .pdf format, absent a showing of good cause for such evidence to be produced in native format.

10.     **Magistrate Judge Conference**: Before moving for an order relating to discovery,

///
///
///
///
///
///
///

the movant must request a conference with the assigned magistrate judge.

DATED this 26th day of June, 2026.

Respectfully submitted,

KAMER ZUCKER ABBOTT

By:    /s/ Linda Bernstein
       Linda Bernstein
       3805 Larkcrest Street
       Las Vegas, Nevada 89129
       Vegaslinda89129@yahoo.com

       *Plaintiff in Proper Person*

By:    /s/ R. Todd Creer
       R. Todd Creer  #10016
       6325 South Jones Boulevard, Suite 300
       Las Vegas, Nevada 89118
       Tel: (702) 259-8640
       Fax: (702) 259-8646
       *Attorney for Defendant Goodwill of Southern Nevada*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 27, 2026